AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00017 |
| Richard Avirett | ) Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date : 1/19/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Belvin Sanchez, Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  01/19/2023

_____
Judge's signature

City and state:  Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title