Your Honor,

I had full intentions of sending you letters from prominent military leaders, top CEOs and Politicians from different political ideologies that I have worked for and with over a long career. I wanted to impress you with humanitarian work in Central America and Ukraine, as well as a distinguished career in multiple war zones with different agencies, I want you to know about me as a father, a Son and a Husband. I had need to show you a man quite the contrary as to what has been written by media and political strangers, as well as a prosecutor whose job it is to paint a picture of reckless intent. I wanted to explain how that day has changed my life indefinitely.  My career of 20 years lost, abandoned by my children and family due to embarrassment, and an unbearable harassment as a top security risk at airports as well as shunned by my neighbors. I have never known such a low in my life to the point of the loss of hope, meaning and purpose.  At the beginning of this legal journey I have felt victimized and bitter until I took the time to look closer at that day and while watching a documentary about that event I was in complete shock as to the truth of what I learned.  Your Honor, I was wrong, my eyes opened to the cognitive dissidence that I have been buoyed to for so long. So many things I didn't believe or didn't know about that day.  I didn't know that the police had been under duress to the magnitude they were under before I got there. I believed that the gates moved, police standing to the sides and no one even asking us to leave was an indication that going forward was simply a peaceful push to a historical moment. I was angry and appalled when I got to the top and the only officers where woman and they were sobbing uncontrollably under their gas masks, which made me say things unknowing of what they had witnessed prior to my arrival. Even entering the capitol I had only the  intentions  of  helping the injured but was shocked and curious at the destruction and then  intent only to tell the story when it was over. The extent of my" fight" was simply being there in DC.  But NON of this matters, I was wrong, we were wrong and the I am not only deeply ashamed but embarrassed at mine and our behavior. I am guilty of the wrong done collectively that day. I am sorry for my actions regardless that I didn't do any criminal acts, nor  my reasoning for any violations done which I have plead guilty of. I take responsibility for myself and will never condone this kind of violent and bullying ideology in any circumstance in this country.  I sincerely did not know of the extent of the non-peaceful protests that happened prior to my arrival nor what was happening on the front side of the capitol simultaneously.  Your Honor, my eyes have been opened I stand ashamed and guilty, unable to put into words my regret for that day. I wish I can take that day away, but I can only anticipate the future and have concluded I have gone as far as I will ever go again in protest without clearly identifying the totality of circumstances. I have preached to my children the importance of honesty and responsibility and I wish I had also included that they know the whole truth before they moved forward with any endeavor. No words can express the deep despair I live with daily but also my regret for my being present in such a historical black eye on our nations history once again.